UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NILDA SUAREZ CASTANEDA and MARIA
CALLE ALVARADO, on behalf of themselves
and others similarly situated,

                JUDGMENT

                Plaintiffs,                17-cv-7603 (SJ)(PK)

      v.

F&R CLEANING SERVICES CORP., ROBERT
MELINA, JESUS VAZQUEZ, and FRANTZ
SCUTT,

                Defendants.
----------------------------------------------------------------X

      An Order of the Honorable Sterling Johnson, United States District Judge, having been filed on

July 8, 2019, adopting in its entirety, the Report and Recommendation of Magistrate Judge Peggy Kuo,

dated March 15, 2019, which recommended the following: (1) Suarez Castaneda's Title VII claim be

dismissed; (2) the Court decline to exercise supplemental jurisdiction over the remaining NYSHRL and

NYCHRL claims; (3) default judgment be entered against Defendants, finding them jointly and

severally liable; and that hat Plaintiffs be awarded damages in the total sum of $66,768.71 plus post-

judgment interest as follows: A. An award of $16,122.15 for Suarez Castaneda, comprised of: (i)

$1,121.25 in unpaid minimum and overtime wages; (ii) $1,800 for illegally retained tips; (iii) $27 for

spread-of-hours premium; (iv) $2,948.25 in liquidated damages; (v) $5,000 in statutory damages for

the NYLL wage notice claim; (vi) $5,000 in statutory damages for the NYLL wage statement claim;

(vii) $167.17 in pre-judgment interest, plus $0.73 per day from November 28, 2017 to the date of

judgment; (viii) $58.48 for breach of contract as to cleaning supplies; and (ix) Post-judgment interest as

provided in 28 U.S.C. § 1961, to run from the date of judgment until the judgment is satisfied. An

award of $31,442.98 for Calle Alvarado, comprised of: (i) $5,688.75 for unpaid minimum and

overtime wages; (ii) $4,800 for illegally retained tips; (iii) $10,488.75 in liquidated damages; (iv)

$5,000 in statutory damages for the NYLL wage notice claim; (v) $5,000 in statutory damages for the NYLL wage statement claim; (vi) $445.48 in pre-judgment interest, plus $2.59 per day between September 7, 2017 and the date of judgment; (vii) $20 for breach of contract as to cleaning supplies; and (viii) Post-judgment interest as provided in 28 U.S.C. § 1961, to run from the date of judgment until the judgment is satisfied. C. An award of $19,203.58 in attorney's fees and costs for Plaintiffs, comprised of: (i) $18,345.75 in attorneys' fees; and (ii) $857.83 in costs; it is

ORDERED and ADJUDGED that Suarez Castaneda's Title VII claim is dismissed; that the Court declines to exercise supplemental jurisdiction over the remaining NYSHRL and NYCHRL claims; that default judgment is hereby entered against Defendants, jointly and severally liable; and that Plaintiffs are awarded a total amount of $66,768.71 plus post judgment interest.

Dated: Brooklyn, New York
       July 19, 2019

Douglas C. Palmer
Clerk of Court

By:    */s/Jalitza Poveda*
        Deputy Clerk